# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| ADRIAN MAURICE OWENS, | : | |
| *Plaintiff,* | : | |
| v. | : | Case No. 5:22-cv-00285-TES-MSH |
| Sergeant SAMANTHA NICOLE PHILLIPS, *et al.*, | : | |
| *Defendants.* | : | |

## ORDER

Pending before the Court is Plaintiff's "Motion of Estoppel," in which he requests the Court "seize all further action" in the above-captioned case. Mot. 1, ECF No. 24. The Court construes Plaintiff's request as a motion for voluntary dismissal pursuant to Fed. R. Civ. P. 41(a).

Rule 41 of the Federal Rules of Civil Procedure provides that a "plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A). Because the remaining Defendants in this

case have not yet filed an answer or a motion for summary judgment, Plaintiff is automatically entitled to voluntary dismissal. Consequently, Plaintiff's Complaint and Recast Complaints (ECF Nos. 1, 9, 14, and 15) are **DISMISSED WITHOUT PREJUDICE** and this case is **CLOSED**. Fed. R. Civ. P. 41(a)(2).

    **SO ORDERED**, this 16th day of February, 2023.

                                      S/ Tilman E. Self, III
                                      **TILMAN E. SELF, III, JUDGE**
                                      **UNITED STATES DISTRICT JUDGE**